**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| Plaintiff, | **Case No. 2:14-cr-225** |
| v. | **Judge Peter C. Economus** |
| **ANDREW LORENZO JACKSON,** | **ORDER** |
| Defendant. | |

There being no objections, the Court hereby **ADOPTS** the Magistrate Judge's Report and Recommendation (Doc. 18) that Defendant's guilty plea be accepted. The Court accepts Defendant's plea of guilty to Count 1 of the indictment, on which Defendant is hereby adjudged guilty.

**IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT JUDGE**